IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **EDGAR RIVERA,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**CAMELOT SI, LLC**, a Michigan company,<br><br>*Defendant.* | Case No.<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

## CLASS ACTION COMPLAINT

Plaintiff Edgar Rivera ("Plaintiff Rivera" or "Rivera") brings this Class Action Complaint and Demand for Jury Trial against Defendant Camelot SI LLC doing business as Sharper Image ("Defendant" or "Sharper Image") to stop the Defendant from violating the Telephone Consumer Protection Act ("TCPA") by placing unsolicited text messages to phone numbers that are registered on the National Do Not Call registry ("DNC"). Plaintiff also seeks injunctive and monetary relief for all persons injured by Defendant's conduct. Plaintiff Rivera, for this Complaint, alleges as follows upon personal knowledge as to himself and his own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by his attorneys.

## PARTIES

1. Plaintiff Rivera is a resident of Lakewood, Colorado.

2. Defendant Sharper Image is a Michigan registered company located in Novi, Michigan. Defendant Sharper Image conducts business throughout this District and throughout the United States.

## JURISDICTION AND VENUE

3. This Court has federal question subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

4. This Court has personal jurisdiction over the Defendant because the Defendant has its headquarters in this District.

5. Venue is proper in this District under 28 U.S.C. § 1391(b) because the Defendant has its headquarters in this District and directed its wrongful conduct from this District.

## INTRODUCTION

6. As the Supreme Court has explained, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls. The Federal Government receives a staggering number of complaints about robocalls—3.7 million complaints in 2019 alone. The States likewise field a constant barrage of complaints. For nearly 30 years, the people's representatives in Congress have been

fighting back." *Barr v. Am. Ass'n of Political Consultants*, No. 19-631, 2020 U.S. LEXIS 3544, at *5 (U.S. July 6, 2020).

7. When Congress enacted the TCPA in 1991, it found that telemarketers called more than 18 million Americans every day. 105 Stat. 2394 at § 2(3).

8. By 2003, due to more powerful autodialing technology, telemarketers were calling 104 million Americans every day. In re Rules and Regulations Implementing the TCPA of 1991, 18 FCC Rcd. 14014, ¶¶ 2, 8 (2003).

9. The problems Congress identified when it enacted the TCPA have only grown exponentially in recent years.

10. According to online robocall tracking service "YouMail," 4.3 billion robocalls were placed in July 2025 alone, at a rate of 139.5 million per day. www.robocallindex.com (last visited September 1, 2025).

11. The FCC also has received an increasing number of complaints about unwanted calls, with 150,000 complaints in 2016, 185,000 complaints in 2017, and 232,000 complaints in 2018. FCC, Consumer Complaint Data Center, www.fcc.gov/consumer-help-center-data.

12. "Robocalls and telemarketing calls are currently the number one source of consumer complaints at the FCC." Tom Wheeler, *Cutting off Robocalls* (July 22, 2016), statement of FCC chairman.[1]

[1] https://www.fcc.gov/news-events/blog/2016/07/22/cutting-robocalls

13. "The FTC receives more complains about unwanted calls than all other complaints combined." Staff of the Federal Trade Commission's Bureau of Consumer Protection, *In re Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991,* Notice of Proposed Rulemaking, CG Docket No. 02-278, at 2 (2016).[2]

## COMMON ALLEGATIONS

14. Camelot SI LLC is the licensed operator of Sharper Image:

Terms of Use Privacy Policy

© Camelot SI, LLC. All rights reserved.

Items featured on this site are curated by Camelot SI LLC, the licensed operator of the SharperImage.com website. Products not labeled "Sharper Image" are not Sharper Image-branded products. Camelot SI stands behind all of our products with our 100% satisfaction guarantee.[3]

15. Sharper Image operates a website that sells home electronics, air purifiers and other lifestyle products.[4]

16. Defendant Sharper Image actively promotes its business by sending unsolicited text messages, advertising its online store SharperImage.com.

17. Defendant expressly identifies itself in Sharper Image's Mobile Terms and Conditions as the operator of the Sharper Image text messaging program as stated on Defendant's terms and conditions: "The SharperImage.com mobile

---

[2] https://www.ftc.gov/system/files/documents/advocacy_documents/comment-staff-ftc-bureau-consumer-protection-federal-communications-commission-rules-regulations/160616robocallscomment.pdf
[3] https://sharperimage.com/
[4] https://sharperimage.com/company/about-us

message service (the "Service") is operated by Camelot SI LLC, Sharper Image Licensee of SharperImage.com."[5]

18. Defendant Sharper Image knowingly sends text messages to consumers, including individuals with new or recycled cell phone numbers, without obtaining their consent, as experienced by Plaintiff.

19. Defendant Sharper Image sends out text messages using its shortcode 48132.[6]

20. The Federal Communications Commission ("FCC") has created and maintains the Reassigned Numbers Database (RND) to help callers avoid sending unwanted communications to telephone numbers that have been reassigned from a prior subscriber to a new subscriber.

21. The FCC requires that entities engaged in telephone solicitations take reasonable steps to avoid contacting reassigned numbers, and it provides a safe harbor to those who query the RND and receive a "no" response within the permitted time frame.[7]

---

[5] https://www.sharperimage.com/company/terms-conditions
[6] https://sharperimage.com/company/privacy-security
[7] See Advanced Methods to Target and Eliminate Unlawful Robocalls, Second Report and Order, 33 FCC Rcd. 12024, 12036–39, ¶¶ 31–39 (2018).

22. The FCC has explicitly stated that failing to use the RND can result in liability under the TCPA when marketing messages are sent to individuals who did not consent and who acquired their number after it was reassigned.[8]

23. Despite the existence of the RND and the regulatory duty to avoid contacting reassigned numbers, Defendant failed to use the database or take other reasonable steps to confirm that the numbers it messaged were still associated with the original consenting party, as evidenced by its texting of Plaintiff Rivera, who had acquired his number approximately one year prior and had never consented to receive text messages from Defendant.

24. Plaintiff Rivera files this case to hold Defendant accountable for violating the TCPA by sending text messages to consumers without consent and seeks injunctive relief to stop Defendant's unlawful practices, statutory damages for the affected Class members, and reimbursement of costs.

**PLAINTIFF RIVERA'S ALLEGATIONS**

25. Plaintiff Rivera is the sole owner and exclusive user of his cell phone number ending in 5938.

26. Plaintiff Rivera has owned his cell phone number since approximately April of 2023.

---

[8] 47 C.F.R. § 64.1200(l)

27. Plaintiff Rivera registered his cell phone number on the DNC on April 17, 2023.

28. Plaintiff Rivera uses his cell phone number for personal use only as one would use a landline telephone number in a home.

29. Plaintiff Rivera uses his cell phone number primarily to communicate with friends and family. It is also used to schedule personal appointments and for other household needs.

30. Plaintiff Rivera has never had his cell phone number associated with a business.

31. This phone number is not used in any business or marketing materials.

32. Plaintiff Rivera has never listed his cell phone number publicly as a business contact number.

33. As soon as Plaintiff Rivera acquired his cell phone number, he began receiving unsolicited text messages from Sharper Image, all from Defendant's shortcode 48132.

34. The majority of the unsolicited text messages that Plaintiff Rivera received from Defendant Sharper Image did not include opt-out instructions.

35. Plaintiff Rivera received at least the following unsolicited text messages from the Defendant Sharper Image more than 31 days from the time he registered his cell phone number on the DNC:

| | |
|---|---|
| 5/17/23 1:12 PM | Sharper Image Alerts:TwosDay Sale Extended! Today only take 22% off Sitewide + Free Shipping*. Shop Now! http://sms.sharperimage.com/s/IsIcFRMsJ |
| 5/26/23 1:31 PM | Sharper Image Alerts:The Memorial Day Weekend Sale Is On. Take $25 off $75 + Free Shipping*!Shop Now! http://sms.sharperimage.com/s/USr86Qole |
| 5/30/23 1:24 PM | Sharper Image Alerts:Memorial Day Sale Extended! Last Chance for $25 off $75 + Free Shipping*.Shop Now! http://sms.sharperimage.com/s/c9vdC3tZ1 |
| 6/8/23 1:36 PM | Sharper Image Alerts: Today Only! Get $25 off orders over $99 + Free Shipping*Hours left, Shop Now! http://sms.sharperimage.com/s/lhMPczBh0 |
| 6/13/23 4:02 PM | SharperImage.comLast Chance! Free Shipping* In Time for Father's Day + 20% Off Sitewide.Shop now! http://sms.sharperimage.com/s/v0PswqeqK |
| 6/21/23 1:14 PM | Sharper Image: The Sun Is Setting On Our Sale! 22% Off Sitewide PLUS Free Shipping* Ends Soon.Shop now! http://sms.sharperimage.com/s/10o7LueSVi |
| 7/5/23 1:30 PM | Sharper Image: The Star Spangled Sale has been extended! Take up to 25% Off + FREE shipping.*Shop now! http://sms.sharperimage.com/s/1BIkNhnOmu |
| 7/10/23 1:12 PM | Sharper Image: Prime Savings starts now! Take 20% off with Free Shipping* Discount automatically applied.Shop now! http://sms.sharperimage.com/s/1HsgNGWrno |
| 7/14/23 1:07 PM | Sharper Image: SMS Subscriber Exclusive! Take 25% Off Our Video Camera Bird Feeder Today ONLY! Discount Automatically Applied.Shop now! http://sms.sharperimage.com/s/1PrHDyP7FY |
| 7/23/23 1:28 PM | Sharper Image: The Summer Slide Sale Ends Today! Take 20% Off Sitewide + Free Shipping*.Shop now! http://sms.sharperimage.com/s/1bq6SqXUCS |
| 7/27/23 1:19 PM | Sharper Image: Christmas in July Means 20% Off Sitewide PLUS Free Shipping*!Shop Holiday Deals Now! http://sms.sharperimage.com/s/1jhVjuA08u |
| 7/31/23 1:15 PM | Sharper Image: The Sweet Summer Sale Starts! Save up to 25% off + Free Shipping*!Shop Now! http://sms.sharperimage.com/s/1sH2o2157L |
| 8/3/23 1:46 PM | Sharper Image: Today Only Take up to 25%* Off Our Best Sellers! Don't Miss These Savings.Shop Now! http://sms.sharperimage.com/s/2575th9OYy |
| 8/6/23 4:32 PM | Sharper Image: Only Hours Remain To Save 25% PLUS Free Shipping*! Don't Miss Our Sweet Summer Sale.Shop Now! http://sms.sharperimage.com/s/2CYGQKMlzy |
| 8/9/23 1:15 PM | Sharper Image: Take 20% Off New Arrivals Today Only! Plus Free Shipping*Shop New Arrivals Now! http://sms.sharperimage.com/s/2JgsI93L0x |
| 8/13/23 1:05 PM | Sharper Image: Last Chance to Take 20% off orders Plus Free Shipping*.Shop Now! http://sms.sharperimage.com/s/2RFfuczoDL |
| 8/16/23 1:52 PM | Sharper Image: SMS Exclusive Flash Sale! Take 20% Off Sitewide + Free Shipping* Only Until Midnight. Discount Automatically Applied At Checkout.Shop Now! http://sms.sharperimage.com/s/2dA5z7inkg |
| 8/19/23 3:50 PM | Sharper Image: Only Hours Remain for 25% Off Orders Over $199 + Free Shipping*. Offer Expires at Midnight!Click to Save! http://sms.sharperimage.com/s/02lmarNkNXN |
| 8/24/23 2:17 PM | Sharper Image: Last Chance to Get 20% Off + Free Shipping*. Shop our Sizzlin' Summer Savings now! http://sms.sharperimage.com/s/02t9Q0cacPO |
| 8/27/23 3:12 PM | Sharper Image: Only Hours Left for the Weekend Savings Sale. Save Up to 25% off + Free Shipping.* Offer ends tonight!Shop Now! http://sms.sharperimage.com/s/030qg9tPgzL |

| | |
|---|---|
| 8/30/23 2:08 PM | Sharper Image: End of Season Blow Out! Our Lowest Price EVER on the Portable Evaporative Cooler. Get it before it's gone! Buy Now! http://sms.sharperimage.com/s/03Cym4sVuR8 |
| 9/5/23 2:03 PM | Sharper Image: The Labor Day Weekend Sale is Extended! Last Chance to Save Up to 25% off + Free Shipping.* Shop Now! http://sms.sharperimage.com/s/03LPNDp24dx |
| 9/11/23 1:23 PM | Sharper Image: Only Hours Remain! Take 25% off $199+ AND Free Shipping.* Get These Savings Before They're Gone.Shop Now! http://sms.sharperimage.com/s/03TIZ80KGEO |
| 9/15/23 3:23 PM | Sharper Image: Take 21% Off Our #1 Halloween Item + Free Shipping*! Get The Animated Jack-O-Lantern Today.Shop Now! http://sms.sharperimage.com/s/03ZkJgEIA1R |
| 9/21/23 1:27 PM | Sharper Image: SMS Exclusive! 22% Off Sitewide PLUS Free Shipping* Today Only. Offer Ends at Midnight.Shop Now! http://sms.sharperimage.com/s/03jVOMmW7de |
| 9/30/23 3:37 PM | Sharper Image: Last Chance to Save Up to 25% off Sitewide plus FREE Shipping*! Autumn Steals Ends Soon.Shop Now! http://sms.sharperimage.com/s/03u0PUV15pt |
| 10/6/23 1:26 PM | Sharper Image: Subscriber Exclusive! FREE Shipping NO Minimum, Today Only. Hurry This Deal Ends at Midnight!Shop Now. http://sms.sharperimage.com/s/040oM7r9amF |
| 10/12/23 1:53 PM | Sharper Image: Subscriber Exclusive! 20% Off Sitewide, NO Minimum Today Only. Discount Automatically Applied.Shop Now! http://sms.sharperimage.com/s/04C0CFX8pZp |
| 10/18/23 2:58 PM | Sharper Image: Season of Savings is On! 20% Off Sitewide + Free Shipping* No Code Needed.Start Saving Today! http://sms.sharperimage.com/s/04I8CXHOE2l |
| 10/22/23 12:32 PM | Sharper Image: 1 DAY ONLY! Take 22% Off Everything* Discount Automatically Applied. Offer expires @ midnight. Shop Now! http://sms.sharperimage.com/s/04PWabgbF6O |
| 10/27/23 1:05 PM | Sharper Image: Hurry! 22% OFF $99+ orders. Expires at midnight! Subscribers-only deal, No Code Needed. Shop Now! http://sms.sharperimage.com/s/04YJXuFG478 |
| 11/5/23 1:17 PM | Sharper Image: Last chance! Early Bird Sale ends tonight. Hurry, grab 20% off now! No code needed. Shop Now! http://sms.sharperimage.com/s/04jnMOQQhjT |
| 11/11/23 1:32 PM | Sharper Image: 🇺🇸 Veterans Day Sale! Enjoy 21% off sitewide today ONLY to honor our heroes. No Code Needed. Shop Now! http://sms.sharperimage.com/s/04qcPLEMP15 |
| 11/18/23 1:10 PM | Sharper Image: Hurry! Hours left for Black Friday Early Access! Get 20% Off, no code needed. Shop now before it's gone! http://sms.sharperimage.com/s/04xh2ap3ZYS |
| 11/24/23 1:04 PM | Sharper Image: 🎉 Black Friday Sale! Get up to 25% OFF! Limited time only. No Code Needed. Hurry, grab your deals now! http://sms.sharperimage.com/s/059rYw1RacS |

| | |
|---|---|
| 11/27/23 1:19 PM | Sharper Image: 🎉Cyber Monday Sale! Save 23% Today ONLY. Don't Miss Our Best Deal of the Year, No Code Needed. Shop now http://sms.sharperimage.com/s/05Exiuxj5sE |
| 11/30/23 1:05 PM | Sharper Image: Cyber Week Savings is Almost Over. Save 20% Sitewide on Gifts for Everyone! No Code Needed. Save Now! http://sms.sharperimage.com/s/5NcLAfuNyP |
| 12/3/23 1:02 PM | Sharper Image: 🚨 Last chance 20% Off Sitewide! Cyber Week Savings ends at Midnight! No Code Needed. Shop Gifts now! http://sms.sharperimage.com/s/5O1GhsidDf |
| 12/6/23 1:29 PM | Sharper Image: 🔥 The Savings Just got HOTTER! Take $25 off $79+ During Hot Holiday Savings. No Code Needed. Shop now! http://sms.sharperimage.com/s/5ZF1j4mtU9 |
| 12/11/23 1:13 PM | Sharper Image: 🚨 Last Chance to get 25% off TODAY ONLY! No code needed. Shop Gifts Now!http://sms.sharperimage.com/s/5kesRdQ4ak |
| 12/14/23 3:04 PM | Sharper Image: Only HOURS Left! 🎁 Get 22% OFF electronic gifts. No code needed. Don't miss out. Shop now and save big!http://sms.sharperimage.com/s/5vofHkExCG |
| 12/17/23 1:15 PM | Sharper Image: Today's Deal! 20% OFF Sitewide + Free Ship w/ rebate! No code needed. Shop now for Delivery by 12/23.http://sms.sharperimage.com/s/63EKMEdirN |
| 12/19/23 11:24 AM | Sharper Image: Hurry! Free Holiday Express Shipping w/ rebate ends at 3pm ET. Save 20% now & get it by 12/23!http://sms.sharperimage.com/s/6Ada7EyZsZ |
| 12/26/23 1:05 PM | Sharper Image: Save 22% Sitewide for a limited time only during That's a Wrap Sale! No Code Needed. Shop Now!http://sms.sharperimage.com/s/6KVEq9OATk |
| 12/31/23 1:17 PM | Sharper Image: Last Chance for 20% off Sitewide! Shop now & save BIG before 2024 hits. No Code Needed, don't miss out!http://sms.sharperimage.com/s/6XNJFPdIXK |
| 1/4/24 1:07 PM | Sharper Image: Up to 45% OFF! Act now, limited time offer. Save big today! No Code Needed. Shop Now!http://sms.sharperimage.com/s/6fCt9SOAAr |
| 1/7/24 1:09 PM | Sharper Image: One Day Only! Up to 25% OFF. Discount automatically applied. Hurry, don't miss out! Shop now.http://sms.sharperimage.com/s/6hpOQhpEWv |
| 1/10/24 1:42 PM | Sharper Image: Act fast for 20% off sitewide! Shop our Winter Sale before it ends. Discount auto-applied. Save Now>http://sms.sharperimage.com/s/6raWBA4b9t |
| 1/15/24 1:06 PM | Sharper Image: Flash Sale! Take $25 off $75 purchase. Today ONLY! Discount automatically applied. Shop now>>http://sms.sharperimage.com/s/711vmzzT3T |
| 1/21/24 1:33 PM | Sharper Image: Ending Soon > 20% OFF Sitewide! Last chance, Winter Wonder Event Ends tonight. No Code Needed, Shop Now!http://sms.sharperimage.com/s/7GoPuNIqH2 |
| 1/23/24 1:27 PM | Sharper Image: Save 23% Today ONLY! It’s our biggest sale of the new year! No code needed. Shop now>http://sms.sharperimage.com/s/7LF3FToWAL |
| 1/28/24 12:49 PM | Sharper Image: Hurry! Snowy Savings ending soon. $25 off $79+ expires today. Discount automatically applied. Shop now!http://sms.sharperimage.com/s/7XKGnml398 |

| | |
|---|---|
| 1/31/24 1:09 PM | Sharper Image: Leap into Savings w/ 21% OFF Sitewide! Hurry, offer ends soon. Discount automatically applied. Shop now>http://sms.sharperimage.com/s/7ekpDr9h93 |
| 2/3/24 1:34 PM | Sharper Image: Last chance for 22% off! Leap into savings, ends today. Discount Automatically Applied. Shop now>>http://sms.sharperimage.com/s/7mpn6mqzZZ |
| 2/8/24 12:24 PM | Sharper Image: Hurry! $25 off $75 Valentine's Day Sale ends soon. Discount automatically applied. Get the Perfect Gift>http://sms.sharperimage.com/s/7u46FexOCg |
| 2/11/24 1:37 PM | Sharper Image: Last Chance! Up to 25% OFF Super Sitewide Savings ends soon. Discount automatically applied. Shop now >>http://sms.sharperimage.com/s/86fSQiGFCp |
| 2/14/24 1:04 PM | Sharper Image: Happy Valentine's Day! We're spreading the love with a free gift on orders over $149. Shop now>>http://sms.sharperimage.com/s/88oBIhCrx5 |
| 2/17/24 1:17 PM | Sharper Image: Hurry! The Love to Save Event Ends soon. Take 20% off Sitewide, discount automatically applied! Shop Nowhttp://sms.sharperimage.com/s/8DxXkbpR0R |
| 2/20/24 1:11 PM | Sharper Image: Last Chance for up to 25% OFF! Discount automatically applied. Shop our Presidents' Day Sale Now!http://sms.sharperimage.com/s/8LuxloZhIn |
| 2/22/24 1:01 PM | Sharper Image: TODAY only! Enjoy 22% OFF sitewide. Discount automatically applied. Hurry, shop now >>http://sms.sharperimage.com/s/8PnIiBjw9Z |
| 2/25/24 1:03 PM | Sharper Image: Act fast, 20% won't last! The Weekend Sale is almost over. Discount automatically applied. Shop now>http://sms.sharperimage.com/s/8WJmZ1JC1m |
| 2/29/24 1:27 PM | Sharper Image: Save 25% sitewide with our Leap Day Exclusive! Hurry, a sale this big ends at midnight. Shop Now>http://sms.sharperimage.com/s/8dvNolk4qo |
| 3/4/24 1:24 PM | Sharper Image: Monday just got better! Shop by midnight to Save 20% sitewide with our Spring Preview Sale. Save Now>http://sms.sharperimage.com/s/8hkWcf4WA3 |
| 3/7/24 3:02 PM | Sharper Image: TODAY'S DEAL! Get $25 off every order over $75. Move fast, sale ends at midnight. Shop Bestsellers >http://sms.sharperimage.com/s/8jpJ7DckRa |
| 3/13/24 1:01 PM | Sharper Image: Expiring! 22% off sitewide. Shop until midnight & March Into Savings. Discount auto-applied, Shop Now>>http://sms.sharperimage.com/s/8lhP3N1tnN |
| 3/18/24 1:04 PM | Sharper Image: Last Call! 20% off sitewide. Shop the Lucky Savings Event now! Discount auto-applied, Shop Now>>https://sms.sharperimage.com/s/8ociIQEDcc |
| 3/21/24 1:04 PM | Sharper Image: FINAL Hours! 21% off no minimum. Offer expires @ midnight. Discount automatically applied, Shop Now>>https://sms.sharperimage.com/s/8q8jpYb3Kr |
| 3/27/24 1:01 PM | Sharper Image: It's sweeping the nation, AGAIN! Get your Vacuum Broom while it's in stock. Save 22% today! Shop Now>>https://sms.sharperimage.com/s/8vu04rJ6hp |
| 4/1/24 4:10 PM | Sharper Image: No foolin'! Only 6 hours left to Save 25% during our April Fools' Day Sale. Don't miss out. Shop Now>>https://sms.sharperimage.com/s/92o0SEwcrx |

| | |
|---|---|
| 4/8/24 4:04 PM | Sharper Image: From your garden to your screen: NEW Video Camera Hummingbird Feeder! In Stock + Ready to Ship >>https://sms.sharperimage.com/s/9B8mi8MLt4 |
| 4/11/24 4:31 PM | Sharper Image: ONLY 6 hours left to save 22% sitewide! Enjoy subscriber-exclusive savings. Use code: FLASH22 Save Now>>https://sms.sharperimage.com/s/9FXg2uXaR8 |
| 4/17/24 4:08 PM | Sharper Image: There's still time to save big! Get 22% off sitewide when you shop by midnight. Click to redeem>>https://sms.sharperimage.com/s/9NEvoiE20k |
| 4/25/24 4:26 PM | Sharper Image: 25% OFF sitewide is almost over! Shop now before savings end at midnight. Save Now>>https://sms.sharperimage.com/s/9Skh26Ahyo |
| 4/28/24 4:03 PM | Sharper Image: Spring Savings is almost over! Shop now to save $25 off $75. Hurry offer expires at midnight. Save >>https://sms.sharperimage.com/s/9XQZ8yo7Wa |
| 5/2/24 4:37 PM | Sharper Image: Hurry! 6 hours left to save 23% sitewide. Score subscriber-exclusive savings w/ code: FLASH23 Shop Now>>https://sms.sharperimage.com/s/9dJFozMmCy |
| 5/9/24 4:04 PM | Sharper Image: A-MAY-ZING Savings ends soon! Save up to 25% when you shop before midnight. Click to shop now >>https://sms.sharperimage.com/s/9jKVOB47b2 |
| 5/15/24 4:24 PM | Sharper Image: A-MAY-ZING Savings ends soon! Save up to 25% when you shop before midnight. Click to shop now >>https://sms.sharperimage.com/s/9pkOaNoeyN |
| 5/22/24 1:38 PM | Sharper Image: IT'S ON! We've kicked off BIG Memorial Day Savings with up to 25% off! Don't miss out. Save Now>https://sms.sharperimage.com/s/9vEtPlqCEd |
| 5/27/24 1:22 PM | Sharper Image: Memorial Day Savings just got BIGGER! Today Only, take 25% off sitewide, no minimum! Ready, Set, Save>https://sms.sharperimage.com/s/A81tUOGWLK |
| 6/6/24 1:18 PM | Sharper Image: Today Only 23% off Exclusive! Save on gifts for Dad + yourself! Shop by midnight w/ code: SALE23>https://sms.sharperimage.com/s/AFxEd7Vl1i |
| 6/10/24 10:16 AM | Sharper Image: Hurry, shop + save by 3pm ET to get your gifts by Father's Day + Get a Standard Shipping Rebate!https://sms.sharperimage.com/s/AOC9BmLrjw |
| 6/16/24 1:02 PM | Sharper Image: What makes Father's Day even better? A special deal: 20% off sitewide! Act fast, ends tonight >>https://sms.sharperimage.com/s/AU7yOdfa7g |
| 6/19/24 1:24 PM | Sharper Image: One Day Sale! Enjoy 23% off sitewide. Hurry, sale ends at midnight. Shop while you still can>>https://sms.sharperimage.com/s/AawihlV1La |
| 6/24/24 4:04 PM | Sharper Image: The countdown is on! Only 6 hrs left to Save 20% at our Early Access 4th of July Sale. Save now>https://sms.sharperimage.com/s/Af31EWKKRt |
| 7/4/24 1:09 PM | Sharper Image: BEST. DEAL. EVER. Today Only: Save 25% Sitewide. Hurry, sale ends at midnight. Shop fast> https://kav0.io/383CqR6kText STOP to opt-out |
| 7/15/24 10:15 AM | Sharper Image: Flash Sale! Get 22% off sitewide. Hurry, savings drop at 1pm ET. Don't wait>https://kav0.io/363h5ZKiText STOP to opt-out |
| 7/22/24 1:07 PM | Sharper Image: Our Gift To You - 20% off in our Christmas in July Sale. Grab holiday-sized savings now >https://kav0.io/363cR8uqText STOP to opt-out |

| | |
|---|---|
| 7/28/24 2:07 PM | Sharper Image: ENDS TONIGHT: Christmas in July Sale! Don't miss our best holiday-sized savings. Shop fast>https://kav0.io/33GphbxHText STOP to opt-out |
| 8/4/24 2:03 PM | Sharper Image: This is NOT a drill - 25% off ends at midnight. Act fast to save big>https://kav0.io/393jmQGNText STOP to opt-out |
| 8/11/24 2:04 PM | Sharper Image: GOOD NEWS - You didn't miss our Friends & Family Sale. Final hours for 20% off sitewide>https://kav0.io/359m2cbzText STOP to opt-out |
| 8/17/24 12:07 PM | Sharper Image: Flash Sale! 25% off sitewide with code 25FLASH. Ends at midnight, so don't wait to save big >https://kav0.io/374uupwsText STOP to opt-out |
| 8/22/24 2:06 PM | Sharper Image: This is it - Our Sizzlin' Summer Savings end at midnight. Get 20% off sitewide now>https://kav0.io/3336UHcNText STOP to opt-out |
| 8/26/24 3:05 PM | Sharper Image: EARLY ACCESS - Shop our Labor Day Sale early. Get up to 25% with code SUMMEREND>https://kav0.io/363f3nYmText STOP to opt-out |
| 9/2/24 1:04 PM | Sharper Image: FINAL HOURS!Our exclusive Labor Day Sale ends at midnight. Don't wait.Shop 25% off now: https://kav0.io/38aWM7mmText STOP to opt-out |
| 9/9/24 10:06 AM | Sharper Image: ONE DAY ONLY - Get 22% off sitewide. Don't wait, savings drop at 1pm ET. Shop NOW> https://kav0.io/384Gn8HzText STOP to opt-out |
| 9/12/24 3:18 PM | Sharper Image: Stock up and save in our Fall Fest Sale: 22% off $149+20% off $99+15% off sitewide Save now> https://kvo2.io/dcNDbkText STOP to opt-out |

36. All of the text messages that Plaintiff Rivera received from shortcode 48132 are solicitations, as per the above.

37. The links that Plaintiff received from shortcode 48132 all lead to pages listing products and their prices on the SharperImage.com website.

38. Plaintiff Rivera has never done business with Sharper Image or consented to be contacted by them.

39. The unauthorized solicitation text messages that Plaintiff received from or on behalf of Defendant have harmed Plaintiff Rivera in the form of annoyance, nuisance, and invasion of privacy, occupied his phone line, and disturbed the use and enjoyment of his phone.

40. Seeking redress for these injuries, Plaintiff Rivera, on behalf of himself and a Class of similarly situated individuals, brings suit under the TCPA.

## CLASS ALLEGATIONS

41. Plaintiff Rivera brings this action pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) and seeks certification of the following Class:

> **Do Not Call Registry Class:** All persons in the United States who from four years prior to the filing of this action through class certification (1) Defendant Sharper Image texted more than one time, (2) within any 12-month period, (3) where the person's telephone number had been listed on the National Do Not Call Registry for at least thirty days, (4) for substantially the same reason Defendant texted Plaintiff, (5) despite the person not having provided their telephone number to Defendant to sign up for text alerts.

42. The following individuals are excluded from the Class: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendant, its subsidiaries, parents, successors, predecessors, and any entity in which either Defendant or their parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons who properly execute and file a timely request for exclusion from the Class; (5) the legal representatives, successors or assigns of any such excluded persons; and (6) persons whose claims against the Defendant have been fully and finally adjudicated and/or released. Plaintiff Rivera anticipates the need to amend the Class definition following appropriate discovery.

43. **Numerosity and Typicality**: On information and belief, there are hundreds, if not thousands of members of the Class such that joinder of all members is impracticable, and Plaintiff is a member of the Class.

44. **Commonality and Predominance**: There are many questions of law and fact common to the claims of the Plaintiff and the Class, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Class include, but are not necessarily limited to the following:

(a) whether Defendant Sharper Image placed multiple text messages within a 12-month period to Plaintiff and other consumers with reassigned telephone numbers registered with the DNC for at least 30 days of the time of each text message;

(b) whether Defendant failed to scrub telephone numbers against the RND;

(c) whether the text messages constitute a violation of the TCPA;

(d) whether members of the Class are entitled to treble damages based on the willfulness of Defendant's conduct.

45. **Adequate Representation**: Plaintiff Rivera will fairly and adequately represent and protect the interests of the Class, and has retained counsel competent and experienced in class actions. Plaintiff Rivera has no interests antagonistic to those of the Class, and the Defendant has no defenses unique to Plaintiff. Plaintiff

Rivera and his counsel are committed to vigorously prosecuting this action on behalf of the members of the Class, and have the financial resources to do so. Neither Plaintiff Rivera nor his counsel have any interest adverse to the Class.

46. **Appropriateness**: This class action is also appropriate for certification because the Defendant has acted or refused to act on grounds generally applicable to the Class and as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Class and making final class-wide injunctive relief appropriate. Defendant's business practices apply to and affect the members of the Class uniformly, and Plaintiff's challenge of those practices hinges on Defendant's conduct with respect to the Class as wholes, not on facts or law applicable only to Plaintiff Rivera. Additionally, the damages suffered by individual members of the Class will likely be small relative to the burden and expense of individual prosecution of the complex litigation necessitated by Defendant's actions. Thus, it would be virtually impossible for the members of the Class to obtain effective relief from Defendant's misconduct on an individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

**FIRST CAUSE OF ACTION**
**Telephone Consumer Protection Act**
**(Violations of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff Rivera and the Do Not Call Registry Class)**

47. Plaintiff repeats and realleges paragraphs 1-46 of this Complaint and incorporates them by reference herein.

48. The TCPA's implementing regulation, 47 C.F.R. § 64.1200(c), provides that "[n]o person or entity shall initiate any telephone solicitation" to "[a] residential telephone subscriber who has registered his or his telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the federal government."

49. Any "person who has received more than one telephone call within any 12-month period by or on behalf of the same entity in violation of the regulations prescribed under this subsection may" may bring a private action based on a violation of said regulations, which were promulgated to protect telephone subscribers' privacy rights to avoid receiving telephone solicitations to which they object. 47 U.S.C. § 227(c).

50. Defendant violated 47 C.F.R. § 64.1200(c) by initiating, or causing to be initiated, telephone solicitations to telephone subscribers such as Plaintiff Rivera and the Do Not Call Registry Class members who registered their respective telephone numbers on the National Do Not Call Registry, a listing of persons who do not wish to receive telephone solicitations that is maintained by the federal

government.

51. Defendant violated 47 U.S.C. § 227(c)(5) because Plaintiff Rivera and the Do Not Call Registry Class received more than one text message in a 12-month period made by or on behalf of the Defendant in violation of 47 C.F.R. § 64.1200, as described above.

52. As a result of Defendant's conduct as alleged herein, Plaintiff Rivera and the Do Not Call Registry Class suffered actual damages and, under section 47 U.S.C. § 227(c), are entitled, inter alia, to receive up to $500 in damages for such violations of 47 C.F.R. § 64.1200.

53. To the extent Defendant's misconduct is determined to be willful and knowing, the Court should, pursuant to 47 U.S.C. § 227(c)(5), treble the amount of statutory damages recoverable by the members of the Do Not Call Registry Class.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, individually and on behalf of the Class, prays for the following relief:

a) An order certifying this case as a class action on behalf of the Class as defined above; appointing Plaintiff as the representative of the Class; and appointing his attorneys as Class Counsel;

b) An award of money damages and costs;

c) An order declaring that Defendant's actions, as set out above, violate the TCPA;

d) An injunction requiring Defendant to cease all unsolicited texting activity, and to otherwise protect the interests of the Class; and

e) Such further and other relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff Rivera requests a jury trial.

**EDGAR RIVERA**, individually and on behalf of all others similarly situated,

DATED this 7th day of September, 2025.

By: /s/ *Stefan Coleman*

Stefan Coleman
COLEMAN PLLC
18117 Biscayne Blvd
Suite 4152
Miami, FL 33160
(877) 333-9427
law@stefancoleman.com

Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Class*